# RICHARD PALMA
ATTORNEY AT LAW
225 BROADWAY- SUITE 715
NEW YORK, NEW YORK 10007

MEMBER OF THE BAR
NEW YORK

TEL. (212) 686-8111
FAX. (212) 202-7800
E-MAIL - rpalma177@gmail.com

August 8, 2024

ECF

Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   U.S. v. Devin Richardson, 23 Cr. 439 (NRB)
      Unopposed Second Defense Request to Extend Motion Schedule
      One Additional Week.

Dear Judge Buchwald:

The Defense motion is ready to be filed. As a courtesy it was provided to the Government Tuesday, August 6th. This prompted a discussion between the parties which warrants a 1-week further extension to file motions. Accordingly, if convenient to the Court, the parties request that Defense motions be filed by August 15, the Government's opposition by September 16, and a reply, if any, by September 27.

Additionally, the Defense consents to an exclusion of time under the Speedy Trial Act to August 15, 2024.

If there are any questions, I can be reached immediately at 917-751-5754.

Thank you.

Respectfully submitted,
*Richard Palma*
Richard Palma

[Handwritten annotation: Application granted. Naomi Reice Buchwald, USDJ 8/8/24]