

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 3, 2025

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Devin Richardson*, 23 Cr. 439 (NRB)

Dear Judge Buchwald:

The Government respectfully requests that the upcoming February 13, 2025 suppression hearing be rescheduled to Tuesday, February 18 at 2:00 p.m. due to witness availability issues. We understand that the requested date and time is available on the Court's calendar and works for the defense. We thank the Court and defense counsel for the accommodation.

The Government also respectfully requests the exclusion of time under the Speedy Trial Act through February 18, 2025. Pursuant to 18 U.S.C. § 3161(h)(1)(D), time is excluded due to the pending pretrial motion to suppress, which is not yet fully submitted *sub judice* until the hearing is held. For the avoidance of doubt, the defendant also consents to an interests-of-justice exclusion pursuant to 18 U.S.C. § 3161(h)(7), to permit the hearing to be held in an orderly and efficient manner in light of a witness's unavailability on the previously scheduled date.

*So Ordered.*
*Naomi Reice Buchwald, USDJ*
*2/4/25*

Respectfully submitted,

DANIELLE R. SASSOON
United States Attorney

by: _____
Jacob R. Fiddelman
Assistant United States Attorney
(212) 637-1024

cc:   Richard Palma, Esq.