*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 17, 2025

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Devin Richardson*, 23 Cr. 439 (NRB)

Dear Judge Buchwald:

    The Government writes on behalf of both parties regarding two scheduling matters in the above-captioned case, which is scheduled for trial on November 17, 2025.

    First, the parties have been actively meeting and conferring regarding evidentiary issues to narrow the scope of disputes requiring Court intervention. Those discussions have been productive, eliminating the need for several motions *in limine* already. The parties believe that an additional week for continued discussions will be beneficial and may result in as few as one motion *in limine* for Court attention. Accordingly, the parties jointly request a one-week adjournment of the motions *in limine* briefing schedule, with all other pretrial deadlines left unaffected. The proposed revised schedule is as follows:

- Motions *in limine* to be filed by October 27, 2025
- Defendant's expert notices to be disclosed by October 27, 2025
- Oppositions to motions *in limine* to be filed by November 3, 2025
- Voir Dire and Requests to Charge to be filed by November 3, 2025
- Replies to motions *in limine* to be filed by November 7, 2025
- Defendant's reciprocal discovery to be produced by November 7, 2025

    Second, the defendant has indicated that he wishes to plead guilty to Count Three of the Indictment (the felon-in-possession offense) and proceed to trial only on Counts One and Two (the narcotics offense and the Section 924(c) offense). The defense respectfully requests that a change-

of-plea proceeding be scheduled for Thursday, October 23 or Friday, October 24. The Government is available in the afternoon of either day. A *Pimentel* letter will be provided to the Court and the defense prior to the plea.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

by: _____
        Jacob R. Fiddelman
        Dana R. McCann
        Assistant United States Attorneys
        (212) 637-1024 / -2308

cc:   Defense counsel

Application Granted.  A change-of-plea proceeding has been set for Thursday, October 23, 2025, at 3:00 PM.

        United States District Judge
        Dated:  October 20, 2025
                New York, New York