```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------X
UNITED STATES OF AMERICA              :
                                      :    ORDER
     - against -                      :
                                      :    23 Cr 439 (NRB)
DEVIN RICHARDSON                      :
                                      :
              Defendant.
---------------------------------------------X
```

NAMOI REICE BUCHWALD, U.S.D.J.

Upon the application of Richard Palma, counsel for DEVIN RICHARDSON, a defendant in the above captioned case;

**IT IS HEREBY ORDERED**, that the Metropolitan Detention Center allow the following clothing be admitted for DEVIN RICHARDSON, Inmate ID #83574-053, for his upcoming trial:

1. 1 Slacks
2. 1 Suit jacket or blazers
3. 3 Shirts
4. 3 Ties
5. 3 Pairs of Socks
6. 1 Pair of Shoes
7. 1 pull-over sweater

Dated: New York, New York
       November 5, 2025

S O  O R D E R E D:

_____
HON. NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE